UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Christopher O'Brien,

Debtor.

Case No.: __19-32454-JNP__

Chapter: __13__

Hearing Date: __4/1/2020__

Judge: __Poslusny__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 26)

_____

Date: 3/26/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*