Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–32454–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher E O'Brien
   77 Coral Avenue
   Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–4042

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             October 20, 2020
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: 77 Coral Avenue, Bridgeton, NJ 08302. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 41 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/28/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew M. Carroll on behalf of Christopher E O'Brien. (Carroll, Andrew)

and transact such other business as may properly come before the meeting.


Dated: September 28, 2020
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk