

**Republic Bank**

**Cashiers Check**
Date 10/06/20       11169

REMITTER   CHRISTOPHER S OBRIEN SR

Branch:   0016

**PAY TO THE ORDER OF**   EXACTLY **6,038 AND 98/100 DOLLARS

*** MIDLAND MORTGAGE PO BOX 268888 LOAN OKLAHOMA CITY ***

$6,038.98

Michael Corentin

⑈0000111692⑈ ⑆036002247⑆ 1124900⑈