Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-32454 (JNP)**

Christopher E. O'Brien  
77 Coral Avenue  
Bridgeton, NJ  08302

Monthly Payment: $1,245.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $390.00 | 03/03/2020 | $390.00 | 04/06/2020 | $390.00 | 05/05/2020 | $650.00 |
| 06/25/2020 | $650.00 | 10/13/2020 | $4,200.00 | 12/15/2020 | $650.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER E. O'BRIEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $4,750.00 | $4,335.28 | $414.72 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $930.33 | $0.00 | $930.33 | $0.00 |
| 2 | EQUIFAX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PREMIER BANKCARD, LLC | 33 | $520.97 | $0.00 | $520.97 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $28,747.19 | $0.00 | $28,747.19 | $0.00 |
| 6 | TD BANK USA, N.A. | 33 | $3,048.04 | $0.00 | $3,048.04 | $0.00 |
| 7 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK USA, N.A. | 33 | $671.15 | $0.00 | $671.15 | $0.00 |
| 11 | VERIZON BY AMERICAN INFOSOURCE | 33 | $152.81 | $0.00 | $152.81 | $0.00 |
| 12 | PREMIER BANKCARD, LLC | 33 | $631.27 | $0.00 | $631.27 | $0.00 |
| 13 | ATLAS ACQUISITIONS, LLC | 33 | $911.54 | $0.00 | $911.54 | $0.00 |
| 14 | WELLS FARGO BANK, N.A. | 33 | $2,041.07 | $0.00 | $2,041.07 | $0.00 |
| 15 | THRIFT INVESTMENT CORPORATION | 24 | $15,277.00 | $1,320.00 | $13,957.00 | $0.00 |
| 16 | MIDFIRST BANK | 13 | $531.00 | $469.26 | $61.74 | $0.00 |
| 17 | MIDFIRST BANK | 24 | $3,514.90 | $0.00 | $3,514.90 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 10.00 | $0.00 |
| 11/01/2020 | Paid to Date | $6,670.00 |
| 12/01/2020 | 49.00 | $1,245.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,320.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $595.40 |
| Arrearages: | $595.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

Case 19-32454-JNP    Doc 71    Filed 02/19/21    Entered 02/19/21 19:29:47    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**