UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard Street
Hammonton, NJ 08037
AMC/0842

In Re: O'Brien, Christopher

Order Filed on May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-32454    JNP

Adv. No.:

Judge Jerrold N. Poslusny

## ORDER GRATING MOTION TO REINSTATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 25, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: O'Brien, Christopher
Case No.: 19-32454    JNP
Caption of Order: Order Granting Motion to Reinstate Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the automatic stay in the present case is imposed and shall continue until further Order of this Court.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

_____
Jerrold N. Poslusny, Jr., U.S.B.J.